UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANET S. SALAS,

        Plaintiff,

v.                                    CASE NO. 8:07-CV-1067-T-17TGW

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 19 Report and Recommendation

This case is a judicial review of the denial of Plaintiff's claim for supplemental security income benefits.

The assigned Magistrate Judge has entered a Report and Recommendation (Dkt. 19) in which it is recommended that the decision of the Commissioner of Social Security be affirmed because it is supported by substantial evidence and does not contain any reversible error.

The Court has independently reviewed the pleadings, including the Administrative Record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates by reference the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and **incorporated** by reference. It is further

Case No. 8:07-CV-1067-T-17TGW

ORDERED that the decision of the Commissioner of Social Security is **affirmed**. The Clerk of Court shall enter judgment for Defendant and close this case.

DONE and ORDERED in Chambers, in Tampa, Florida on this 6th day of August, 2008.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record